UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>22-MJ-03665-McAliley</u>

FILED BY _____JBS_____ D.C.

Oct 1, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,

v.

RAFANGER GABRIEL MORAN-NAVARRO,
ADRIAN JOSE MORALEZ-LOPES,
ADRIAN JOSE ROMERO-PAZ,
JUAN FELIX ARTEAGA-VERGARA, and
LEOBALDO BENITO-MORAN,

      Defendants,

_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? __ Yes  X  No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? __ Yes  X  No

                                                        Respectfully submitted,

                                                        JUAN ANTONIO GONZALEZ
                                                        UNITED STATES ATTORNEY

                                                        <u>/s/ Yvonne Rodriguez-Schack          </u>
                                                        YVONNE RODRIGUEZ-SCHACK
                                                        Assistant United States Attorney
                                                        Southern District of Florida
                                                        Florida Bar No. 794686
                                                       99 Northeast 4th Street
                                                       Miami, Florida 33132-2111
                                                      305.961.9014
                                                      305.536.7213 Facsimile
                                                      Yvonne.Rodriguez-Schack@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | ) |
|---|---|
| v. | ) |
|  | ) Case No. 22 mj 03665 McAliley |
| RAFANGER GABRIEL MORAN NAVARRO, et al., | ) |
|  | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about September 12, 2022, upon the high seas outside the jurisdiction any particular state or district, in international waters, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1); all in violation of 46 U.S.C. § 70506(b). |
|  | Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(2)(G), it is further alleged that this violation involved one-hundred (100) or more kilograms of a mixture and substance containing a detectable amount of marihuana. |
|  | Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(2)(B)(ii), it is further alleged that this violation involved five-hundred (500) or more grams of a mixture and substance containing a detectable amount of cocaine. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☒ Continued on the attached sheet.

_____
Complainant's signature

DEA SA Garrett Redfern
Printed name and title

Attested to by the Affiant in accordance with the requirements of Fed.R.Crim.P. 4.1 by telephone this __1st__ day of October, 2022.

Date: October 1, 2022

_____
Judge's signature

City and state: Miami, Florida

Chris McAliley, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT

I, Garrett B. Redfern, being duly sworn, hereby depose and state as follows:

1. I am a Special Agent with the United States Drug Enforcement Administration (DEA) and have been so employed since 2021. As a DEA Special Agent, I am an investigative officer within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Titles 18, 21 and 46 of the United States Code. I am currently assigned to the DEA's Miami Field Division, High Intensity Drug Trafficking Area ("HIDTA") in Miami, Florida. I have personally conducted and participated in numerous investigations resulting in the arrest and prosecution of various individuals for federal narcotics violations. Based on my training and experience as a Special Agent with the DEA, I am familiar with the manner in which narcotics traffickers and narcotics trafficking organizations operate, including maritime drug traffickers. I am also knowledgeable about federal criminal statutes, particularly narcotics statutes.

2. The facts set forth in this Affidavit are based on my personal knowledge as well as information obtained from others. This Affidavit is submitted for the limited purpose of establishing probable cause in support of a Criminal Complaint against **Rafanger Gabriel MORAN-NAVARRO, Adrian Jose MORALEZ-LOPES, Adrian Jose ROMERO-PAZ, Juan Felix ARTEAGA-VERGARA,** and **Leobaldo BENITO-MORAN** for knowingly and willfully conspiring to possess with intent to distribute one-hundred (100) kilograms or more of marihuana and five-hundred (500) grams or more of cocaine, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70506(b).

3. On or about September 12, 2022, a Maritime Patrol Aircraft ("MPA") spotted a north-bound go-

1

fast vessel ("GFV") approximately 110 nautical miles South of Isla Beata, Dominican Republic in international waters and upon the high seas. The GFV had five individuals on board, numerous fuel barrels and packages visible on deck and did not display any indicia of nationality. The USS BILLINGS was in the area and was diverted to interdict and investigate. Once in the vicinity, the BILLINGS launched its helicopter and rigid hull inflatable boat with a boarding team. The BILLINGS requested and received a Statement of No Objection to conduct a Right of Visit boarding. The boarding team arrived on scene and obtained positive control over the vessel.

4. The five (5) persons on board were later identified as **Rafanger Gabriel MORAN-NAVARRO, Adrian Jose MORALEZ-LOPES, Adrian Jose ROMERO-PAZ, Juan Felix ARTEAGA-VERGARA, and Leobaldo BENITO-MORAN**, all Venezuelan nationals. **Rafanger Gabriel MORAN-NOVARRO** identified himself as the master and made claim of Venezuelan nationality for the vessel. Based on the verbal claim of Venezuelan nationality for the vessel, the Government of Venezuela was contacted and responded they could neither confirm nor deny registry of the vessel. Accordingly, the GFV was treated as a vessel without nationality and, therefore, subject to the jurisdiction of the United States. A full law enforcement boarding followed.

5. The boarding team recovered a total of twenty-five (25) bales with a total at-sea weight of approximately 1,841 pounds which substance field tested positive for marihuana. One (1) kilogram was also seized which field tested positive for cocaine. All five (5) individuals along with the suspected marijuana and cocaine were transferred to the BILLINGS.

6. Based on the foregoing facts, I submit that probable cause exists to believe that **Rafanger Gabriel MORAN-NAVARRO, Adrian Jose MORALEZ-LOPES, Adrian Jose ROMERO-PAZ, Juan Felix ARTEAGA-VERGARA, and Leobaldo BENITO-MORAN** did knowingly and willfully conspire to possess with intent distribute one-hundred (100) kilograms or more of

2

marihuana and five-hundred (500) grams or more of cocaine, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70506(b).

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
SPECIAL AGENT GARRETT REDFERN
DRUG ENFORCEMENT ADMINISTRATION

Attested to by the Affiant in accordance with the requirements of Fed.R.Crim.P. 4.1 by FaceTime this 1st day of October, 2022.

_____
CHRIS MCALILEY
UNITED STATES MAGISTRATE JUDGE

3